IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rafael Bernal, Jose Jaramillo and Victor Munoz, et al., <br> Plaintiffs, <br><br> v. <br><br> Snow & Ice Management Services, Inc., Kamila A Lenart, Krysztof Lenart and Lenart Property Management, LLC – Snow & Ice Services, LLC and Alejo Mendoza <br><br> Defendants. | Case No. 21-cv-5963 <br><br> Hon. Judge Jeremy C. Daniel |

## JOINT AGREED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF COMPLAINT

By and through their attorneys, Plaintiffs and Defendants move this Court pursuant to FRCP 41(a)(2) to approve the Parties' settlement of this Lawsuit which alleges claims under the Fair Labor Standards Act ("FLSA") and Illinois Minimum Wage Law and to enter the proposed attached Order dismissing this case without prejudice with leave to reinstate pursuant to the terms of the confidential settlement agreement. In support thereof Plaintiffs state as follows:

1. The captioned Plaintiffs filed a complaint against Defendants alleging that Defendants failed to pay all wages due and alleged claims under: (a) the FLSA; (b) the Illinois Minimum Wage Law; and (c) the Illinois Wage Payment and Collection Act. (ECF 1)

2. Defendants have denied that Plaintiffs were not paid and asserted that they correctly paid Plaintiffs for all hours worked.

3. The Court dismissed opt-in plaintiffs Oscar Cortez and Juan Tavares when they failed to respond to discovery after having been advised of the consequences.

4. The Parties completed written and oral discovery all nine Plaintiffs were

deposed. Defendant Snow and Ice produced individual Defendants Kamila A Lenart, Krzysztof Lenart as its representative in a Rule 30(b)(6) deposition.

5. The parties engaged in settlement negotiations held by Magistrate Judge Cox and on May 12, 2023, were able to reach an agreement on material terms. (ECF 66)

6. The parties filed a status report on May 22, 2023, stating that Plainitffs had provided Defendants with a draft agreement and Defendants were reviewing it. (ECF 67)

7. Judge Kennelly held a status hearing on May 23, 2023 and set July 6, 2023 for the parties to file a status report "addressing the completion of the settlement", and setting a status for July 7, 2023. (ECF 68)

8. On June 27, 2023, the Executive Committee issued an Order reassigning the case to Judge Daniel. (ECF 69)

9. On June 28, 2023, Judge Kennelly issued an Order vacating the previous dates for the status report and hearing. (ECF 70)

10. The parties' agreement has been reduced to writing and all parties have signed the agreement.

11. When an employee asserts a claim against her employer or former employer for wages under the FLSA, some courts have stated that settlement of that claim requires a court to review the settlement for fairness. *Walton v. United Consumers Club, Inc. 786 F.2d 303, 306 (7th Circ. 1986).*

12. Submitted herewith as Exhibit A (*in camera* only) for inspection by the Court is a courtesy copy of the confidential Settlement Agreement and General Release entered into between Defendants and Plaintiffs.

13. The parties jointly request the Court approve the Settlement Agreement because it is a fair and reasonable resolution of all of Plaintiff's overtime claims and attorney fees.

14. The Parties request that this Court enter the Order attached hereto as Exhibit A dismissing the Lawsuit with prejudice with leave to reinstate within 75 days form the entry of the Order.

15. WHEREFORE, the plaintiffs and the defendants jointly request that this Court will enter the order attached as Exhibit D.

| | |
|---|---|
| /s/     Jorge Sanchez | /s/ Andrew Haber |
| One of Plaintiffs' attorneys | One of Defendants' Attorneys' |
| | |
| Jorge Sanchez | Andrew Haber |
| Lopez & Sanchez LLP | Favaro & Gorman, Ltd. |
| 77 W. Washington St., Suite 1313 | 9510 Turnberry Trail |
| Chicago, IL 60602 | Lakewood,| IL 60014 |
| (312) 420-6784 | (815) 477-1110 |
| jsanchez@lopezsanchezlaw.com | ahaber@favarogorman.com |

# Exhibit A
**(Submitted *In Camera* Only)**

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rafael Bernal, Jose Jaramillo and Victor Munoz, et al., <br> Plaintiffs, <br><br> v. <br><br> Snow & Ice Management Services, Inc., Kamila A Lenart, Krysztof Lenart and Lenart Property Management, LLC – Snow & Ice Services, LLC and Alejo Mendoza <br><br> Defendants. | Case No. 21-cv-5963 <br><br> Hon. Jeremy C. Daniel |

**(Proposed Agreed) ORDER**

This matter is before the Court on the Parties' Joint Agreed Motion for Approval of Settlement and Dismissal of Complaint, whereas the parties have reached a confidential settlement agreement, inclusive of attorney's fees and costs that disposes of the captioned case in its entirety,

**IT IS HEREBY ORDERED:**

1. The Parties' negotiated settlement of the above-captioned lawsuit, including the claims under the Fair Labor Standards Act asserted therein, is found to be fair and reasonable and is therefore approved.

2. This case is dismissed without prejudice, with leave to reinstate within 75 days for the sole purpose of allowing this Court to enforce the terms of the Parties' settlement agreement.

3. Absent the filing of a motion to enforce within 75 days of entry of this Order, the dismissal of the captioned case shall convert from a dismissal without prejudice, to a

dismissal with prejudice with each party bearing its own fees and costs without further action by the Court.

    ENTER:

DATE:_____

_____
Judge Jeremy C. Daniel
United States District Judge
Northern District Court of Illinois

## CERTIFICATE OF SERVICE

I, Jorge Sanchez , an attorney, hereby certify that on August 4, 2023, I served the parties listed below with this JOINT AGREED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF COMPLAINT via electronic service by using the Court's CM/ECF system which will notify all counsel who are registered with that system.

Andrew Haber
Dennis Favaro
Favaro & Gorman, Ltd.
9510 Turnberry Trail
Lakewood,| IL 60014
(815) 477-1110
ahaber@favarogorman.com
dfavaro@favarogorman.com


By: /s/ Jorge Sanchez
Attorney for Plaintiff