## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rafael Bernal, et al.

                              Plaintiff,

v.                                              Case No.: 1:21−cv−05963
                                                         Honorable Jeremy C. Daniel

Snow & Ice Management Services, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

      MINUTE entry before the Honorable Jeremy C. Daniel: Joint motion for approval of settlement and dismissal of complaint [73] is granted. Parties shall send the proposed order to proposed_order_daniel@ilnd.uscourts.gov in Word format. Motion hearing set for 8/16/2023 is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.