IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rafael Bernal, Jose Jaramillo and Victor Munoz, et al., <br> Plaintiffs, <br><br> v. <br><br> Snow & Ice Management Services, Inc., Kamila A Lenart, Krysztof Lenart and Lenart Property Management, LLC – Snow & Ice Services, LLC and Alejo Mendoza <br><br> Defendants. | Case No. 21-cv-5963 <br><br> Hon. Jeremy C. Daniel |

## AGREED ORDER

This matter is before the Court on the Parties' Joint Agreed Motion for Approval of Settlement and Dismissal of Complaint, whereas the parties have reached a confidential settlement agreement, inclusive of attorney's fees and costs that disposes of the captioned case in its entirety,

**IT IS HEREBY ORDERED:**

1. The Parties' negotiated settlement of the above-captioned lawsuit, including the claims under the Fair Labor Standards Act asserted therein, is found to be fair and reasonable and is therefore approved.

2. This case is dismissed without prejudice, with leave to reinstate within 75 days for the sole purpose of allowing this Court to enforce the terms of the Parties' settlement agreement.

3. Absent the filing of a motion to enforce within 75 days of entry of this Order, the dismissal of the captioned case shall convert from a dismissal without prejudice, to a

dismissal with prejudice with each party bearing its own fees and costs without further action by the Court.

    ENTER:

DATE: 8/16/2023

                                     Judge Jeremy C. Daniel
                                     United States District Judge
                                     Northern District Court of Illinois

## CERTIFICATE OF SERVICE

I, Jorge Sanchez , an attorney, hereby certify that on August 4, 2023, I served the parties listed below with this JOINT AGREED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF COMPLAINT via electronic service by using the Court's CM/ECF system which will notify all counsel who are registered with that system.

Andrew Haber
Dennis Favaro
Favaro & Gorman, Ltd.
9510 Turnberry Trail
Lakewood,| IL 60014
(815) 477-1110
ahaber@favarogorman.com
dfavaro@favarogorman.com


By: /s/ Jorge Sanchez
Attorney for Plaintiff